# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JAMES MATTHEW WRIGHT | Case No.   4:21CR40014-001 |
|  | USM No.   13501-010 |
|  | Alex Wynn |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Standard & Special Conditions   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Standard Condition #7: Use of a Controlled Substance | May 26, 2021 |
| Two | Standard Condition #7: Use of a Controlled Substance | June 28, 2021 |
| Three | Special Condition: Failed to Participate in Substance Abuse Treatment | July 1, 2021 |
| Four | Standard Condition #7: Use of a Controlled Substance | November 10, 2021 |
| Five | Standard Condition #7: Use of a Controlled Substance | January 24, 2022 |
| Six | Standard Condition #7: Use of a Controlled Substance | March 14, 2022 |
| Seven | Special Condition: Failed to Participate in Substance Abuse Treatment | May 26, 2022 |
| Eight | Standard Condition #6: Failed to Notify USPO of Change in Residence | June 10, 2022 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   0618

Defendant's Year of Birth:   1986

City and State of Defendant's Residence:
Texarkana, Arkansas

July 27, 2022
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Chief U.S. District Judge
Name and Title of Judge

July 28, 2022
Date

Judgment — Page 2 of 2

DEFENDANT: JAMES MATTHEW WRIGHT
CASE NUMBER: 4:21CR40014-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Nine (9) months with credit for time served in federal custody. No term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

It is recommended the defendant be housed at FCI Texarkana or as close to Texarkana, AR as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____  ☐ a.m.  ☐ p.m.  on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL